No. 665. CELLULOID COMPANY *v.* COMMONWEALTH OF MASSACHUSETTS. Error to the Supreme Judicial Court of the State of Massachusetts. January 17, 1927. Dismissed with costs on motion of *Mr. Joseph Larocque* for plaintiff in error. No appearance for defendant in error.

---

No. 152. HELENE A. KNY, SOLE EXECUTRIX OF THE ESTATE OF RICHARD KNY, DECEASED *v.* THOMAS W. MILLER, ALIEN PROPERTY CUSTODIAN, AND FRANK WHITE, TREASURER OF THE UNITED STATES. Appeal from the Court of Appeals of the District of Columbia. January 17, 1927. Dismissed with costs on motion of *Messrs. Howard Ferris, Richard S. Doyle,* and *Dion S. Birney* for appellant. The *Attorney General* for appellees.

---

No. 153. HURON NAVIGATION CORPORATION *v.* UNITED STATES. Appeal from the Court of Claims. January 20, 1927. Dismissed per stipulation of counsel. *Messrs. J. Harry Covington* and *Spencer Gordon* for appellant. The *Attorney General* for the United States.

---

No. 164. FRITZ SCHUTTE *v.* HOWARD SUTHERLAND, ALIEN PROPERTY CUSTODIAN, ET AL. Appeal from the Court of Appeals of the District of Columbia. February 21, 1927. Decree reversed in part and affirmed in part, each party to pay his own costs, and the cause remanded to the Supreme Court of the District of Columbia for further proceedings per stipulation of counsel on motion of *Solicitor General Mitchell* in that behalf. *Messrs. Alfred K. Nippert* and *John W. Peck* for appellant.